IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| Emery I. Dancsecs and | : | 02-3742 |
| Eleanaor Dancsecs, husband and wife | : |  |
|  | : |  |
| John C. Macauley and | : | 02-3832 |
| Matilda Macauley, h/w | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| DaimlerChrysler Corporation | : |  |
| Ford Motor Company | : |  |
| General Motors Corporation and | : |  |
| Federal-Mogul Global, Inc. | : |  |

## ORDER

    **AND NOW**, this _____ day of July, 2002, it is hereby

    **ORDERED** that the above-captioned case or cases are referred to the Honorable Charles R. Weiner for the purposes of the monitoring and the coordination of the status of discovery, scheduling of arbitration hearings (if appropriate), settlement negotiations (if appropriate), and scheduling trial dates (if appropriate), and it is further

    **ORDERED** that the above-captioned case(s) shall remain on the calendar(s) of the judge(s) to whom they were assigned at the time of filing, until further order of this court, and, it is further

    **ORDERED** that counsel for defendant(s) who filed a petition for removal of the above-captioned case(s) to this court shall serve a copy of this Order on counsel for plaintiff(s) in the above-captioned case(s), and, it is further

**ORDERED** that the relevant Prothonotaries of the Courts of Common Pleas located within the jurisdiction of the United States District Court for the Eastern District of Pennsylvania that the above-captioned case or cases have been removed from shall retain the original records in these matters, pending further Order of this court.

---

**JAMES T. GILES, Ch.J.**